IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**JUDD AND DONNA HAMBRICK,**                             **PLAINTIFFS,**

**VS.**                                                      **CIVIL ACTION NO. 1:07CV258-P-D**

**BEAR STEARNS RESIDENTIAL MORTGAGE**
**a/k/a ENCORE CREDIT CORP. a/k/a PERFORMANCE**
**CREDIT CORP and WELLS FARGO BANK, N.A. d/b/a**
**AMERICA'S SERVICING COMPANY,**                    **DEFENDANTS.**

## ORDER

This matter comes before the court upon Defendant Bear Stearns Residential Mortgage Corporation's motion for Rule 54(b) certification [57] and Encore Credit Corp.'s joinder therein [59]. After due consideration of the motion, the court finds that it should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Defendant Bear Stearns Residential Mortgage Corporation's motion for Rule 54(b) certification [57] and Encore Credit Corp.'s joinder therein [59] are **GRANTED**; therefore,

(2) An Amended Partial Final Judgment shall be entered accordingly.

**SO ORDERED** this the 18th day of December, A.D., 2008.

                                                         /s/ W. Allen Pepper, Jr.
                                                         W. ALLEN PEPPER, JR.
                                                         UNITED STATES DISTRICT JUDGE